# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARIE GARLAND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>I.C. SYSTEM, INC., a Minnesota corporation,<br><br>*Defendant*. | Case No. 13-CV-496 SRN JJG<br><br>**STIPULATION TO DISMISS** |

    Plaintiff Marie Garland ("Garland") and Defendant I.C. System, Inc. ("I.C. System") (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss this action *without prejudice*. In support of their stipulation, the Parties state as follows:

    WHEREAS, on March 4, 2013, Garland filed her Class Action Complaint (the "Complaint") (Dkt. 1);

    WHEREAS, on April 5, 2013, I.C. System moved to dismiss Garland's Complaint (Dkts. 7, 10), which, after briefing, the Court denied "as moot but without prejudice" (Dkt. 29);

    WHEREAS, on July 25, 2013, I.C. System answered the Complaint (Dkt. 32), and after the Court held a Rule 16 Discovery Conference (Dkt. 23), the Parties began to engage in written and oral discovery;

    WHEREAS, during the course of discovery certain health-related events have occurred that will prevent Plaintiff Garland from proceeding as the named-plaintiff in this matter;

1

WHEREAS, in light of these events, the Parties have conferred and agreed that Plaintiff Garland shall dismiss her individual claims and those of the putative class in this matter, *without prejudice*.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. This action, each of Plaintiff's individual claims against I.C. System in this matter, and the claims of the putative class against I.C. System in this matter shall be dismissed *without prejudice*; and

2. Each party shall bear their own costs and attorneys' fees in any way related to the litigation of this action.

**IT IS SO STIPULATED.**

**MARIE GARLAND**, individually and on behalf of all others similarly situated,

Dated: February 10, 2014

By: ___/s/ Benjamin H. Richman___
    One of Plaintiff's Attorneys

Robert K. Shelquist (21310X)
rkshelquist@locklaw.com
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue S, Suite 2200
Minneapolis, Minnesota 55401-2179
Tel: 612.339.6900

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Christopher L. Dore
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654
Tel: 312.589-6370
Fax: 312.589.6380

**I.C. SYSTEM, INC.**

Dated: February 10, 2014            By: _____
                                    One of Defendant's Attorneys

Michelle Kreidler Dove (33232X)
mdove@icsystem.com
I.C. SYSTEM, INC.
444 Highway 96 E.
St. Paul, MN 55127
Tel: 651-481-6509