UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Marie Garland, | Case No. 13-CV-496 (SRN/JJG) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| I.C. System, Inc., | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal filed by the parties on February 11, 2014 [Docket No. 39],

**IT IS HEREBY ORDERED** that each of Plaintiff's individual claims against I.C. System in this matter, and the claims of the putative class against I.C. System in this matter shall be dismissed without prejudice, each party to bear their own costs and attorneys' fees in any way related to the litigation of this action.

Dated: February 12, 2014

 s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge